IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARON PAYNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  3:11cv449-MHT |
| | ) |
| ZIMMER US, INC. | ) |
| | ) |
| Defendant. | ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This case was removed to this court on June 10, 2011.  On October 20, 2011, the court granted plaintiff's counsel's motion to withdraw and permitted the plaintiff until November 10, 2011, to secure new counsel.  (Doc. # 16).  When counsel did not appear, the court set this matter for a status and scheduling conference on November 29, 2011.  That conference was subsequently rescheduled to December 13, 2011.  (Doc. # 19).  The plaintiff failed to appear at the appointed time and place.

On December 16, 2011, the court issued an order directing the plaintiff on or before January 3, 2012, to show cause why this case should not be dismissed for want of prosecution. (Doc. # 21).  The plaintiff was specifically cautioned that if she failed to respond as required by the order, the court would treat her failure to respond as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned would recommend that this case be dismissed for such failure.  The plaintiff has filed nothing in response to the orders of the court.  Moreover, mail sent to the plaintiff at the address provided to the court has been returned undeliverable.  *See* Docket Entry dated January 5, 2012.  The

court therefore concludes that this case is due to be dismissed for want of prosecution.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed for the plaintiff's abandonment of her claims, failure to prosecute this action and failure to comply with the orders of the court.  It is further

ORDERED that the parties shall file any objections to the said Recommendation on or before **January 20, 2012.**  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party objects.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a de novo determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 6th day of January, 2012.

                                        /s/Charles S. Coody
                              UNITED STATES MAGISTRATE JUDGE