IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
SHARON PAYNE,                  )
                               )
    Plaintiff,                 )
                               )         CIVIL ACTION NO.
    v.                         )           3:11cv449-MHT
                               )                (WO)
ZIMMER US, INC.,               )
                               )
    Defendant.                 )
```

## OPINION

This medical-implant product-liability lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of January, 2012.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE